IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMAL CHE GLENN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0189

Opinion filed April 3, 2017.

An appeal from an order of the Circuit Court for Duval County.
Steven Whittington, Judge.

Jamal Che Glenn, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.